USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1593 LJUBICA RAJKOVIC, Plaintiff, Appellant, v. LAVERDE'S MARKET, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Ljubica Rajkovic on brief pro se. ________________ John Foskett, Marnie J. Wortzman, and Deutsch Williams Brooks _____________ ___________________ _________________________ DeRensis Holland & Drachman, P.C. on brief for appellee Laverde's ____________________________________ Market, Inc. ____________________ November 14, 1996 ____________________ Per Curiam. We have reviewed the record in this case, __________ including the briefs of the parties and the memorandum of the district court. We agree with the district court that plaintiff/appellant has failed to allege sufficient facts to support her allegations that she suffered employment discrimination. Hence, her complaints were properly dismissed. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-